Núm. 8071.—CAMACHO, aplte. *v.* VALEDÓN, apldo.—C. D. Ponce. Diciembre 5, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

POR CUANTO, en el caso arriba indicado la Corte de Distrito de Ponce, con fecha 9 de octubre de 1934, dictó sentencia declarando sin lugar la demanda y con lugar la contrademanda establecida por el demandado contrademandante apelado Jorge Valedón;

POR CUANTO, la demandante contrademandada apelante apeló de dicha sentencia con fecha 6 de noviembre de 1934, sin que haya radicado exposición del caso o transcripción de evidencia ni solicitado

prórroga para ello conforme resulta de la certificación expedida por el Secretario de la Corte de Distrito de Ponce en 26 de septiembre de 1939;

Por cuanto, el demandado contrademandante apelado ha solicitado la desestimación del recurso por no haberse perfeccionado en tiempo la apelación;

Por cuanto, notificadas las partes ninguna de ellas compareció a la vista, quedando sometida la moción;

Por tanto, vistos los autos de este caso, y especialmente la certificación del Secretario de la Corte de Distrito anteriormente aludida, se desestima el recurso.

El Juez Presidente Sr. Del Toro no intervino.